AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        v.

RUBEN MORALES-ORDONEZ

**WAIVER OF INDICTMENT**

*08cr1799-L*

CASE NUMBER: _08MJ8381_

      I, RUBEN MORALES-ORDONEZ, the above named defendant, who is accused of committing the following offense:

      Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor);   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____*6-3-08*____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
      Judicial Officer

**FILED**

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY